**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Company: STEIN SAKS, PLLC PH: (201) 282-6500 x114
Address: One University Plaza HACKENSACK, NJ 07601

INDEX #: 2:25-CV-07965-JXN-LDW
Date Filed: 06/09/2025
Client's File No.:

## WISLANDE CLAUDE
### vs
### STAGE HOUSE TAVERN 3 LLC

Plaintiff

Defendant

STATE OF __NJ__, COUNTY OF __Ocean__ SS.: **AFFIRMATION OF SERVICE**

__John Saurgnano__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __6/27/2025__ at __1:50 PM__
at __366 PARK AVE, SCOTCH PLAINS, NJ 07076__, deponent served the within

**SUMMONS IN A CIVIL CASE AND CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

on: **STAGE HOUSE TAVERN 3 LLC**, _____ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to __Austin Noel__ and that deponent knew the person so served to be the __Managing agent__ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#5 MAIL COPY** [ ] On ____, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ____.
[ ] and by Certified Mail # ____.

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ____

**#7 DESCRIPTION** (use with #1, 2 or 3) A perceived description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: __M__ Race: __white__ Color of hair: __bald__ Age: __40__ Height: __6'0__
Weight: __220__ Other Features: __glasses__

**#8 WIT FEES** [ ] Subpoena Fee Tendered in the amount of ____

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** [ ]

I affirm this __6/28/25__ (DATE), under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Please Print Name Below Signature       6/28/25

Job # 603511

John Saurgnano