UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WISLANDE CLAUDE,<br><br>*Plaintiff,*<br>v.<br><br>STAGE HOUSE TAVERN 3, LLC,<br><br>*Defendant.* | Civil Action No.: 2:25-7965 (JXN/LDW)<br><br>**ORDER DISMISSING CASE**<br>Pursuant to L. Civ. R. 41.1 |

It appearing to the Court that the above captioned case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a calendar call,

**It is on this 27th day of October, 2025.**

**ORDERED** that the above captioned case be and the same hereby dismissed in accordance with L.Civ. R. 41.1, without prejudice and without cost to either party.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge